**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, | **Case No: 8:16-cv-00577-ODW-KS** |
| Plaintiff, | **ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| VIENNA CAPITAL, INC., | |
| Defendant. | |

Pursuant to Plaintiff THERESA BROOKE's Notice of Voluntary Dismissal (ECF No. 18), and good cause appearing therefore:

**IT IS HEREBY ORDERED** that:

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), the entire action and all claims asserted therein are hereby DISMISSED with prejudice; and
2. All dates and deadlines in this action are vacated and taken off calendar;
3. Each party shall bear its own costs.

**IT IS SO ORDERED**.

September 26, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**